IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1671-AP**

**STEVEN D. BARBER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #7), filed November 12, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated: November 12, 2008.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT