IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1671-AP**

**STEVEN D. BARBER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       Defendant's Unopposed Motion to Reopen (doc. #9), filed February 4, 2009, is **GRANTED**.

       This civil action is **REOPENED** for review by the court.

       Dated: February 4, 2009.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT