IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01671-AP

STEVEN D. BARBER,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall
Attorney for Plaintiff
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
E mail: newallfrederickw@qwest.net

For Defendant:

David M. Gaouette
Acting United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
Telephone: (303) 844-2149
Fax: (303) 844-0770
1961 Stout St., Suite 1001A
Denver, CO 80294
allan.berger@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: 8/7/2008**
    B.    **Date Complaint Was Served on U.S. Attorney's Office: 8/13/2008**
    C.    **Date Answer and Administrative Record Were Filed: 2/5/2009**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.

**Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** To the best of his knowledge, the record is complete.

**Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** This case involves no unusual claims.
**Defendant states:** This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

**Plaintiff states:** To the best of his knowledge, there are no other matters.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: 4/3/09**
    B.    **Defendant's Response Brief Due: 5/4/09**
    C.    **Plaintiff's Reply Brief Due: 5/18/09**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is not requested.
    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED: February 25, 2009

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Frederick W. Newall 2/24/09<br>Frederick W. Newall<br>Attorney for Plaintiff<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>E mail: newallfrederickw@qwest.net | David M. Gaouette<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER 2/24/09<br>Allan D. Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |