IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-1671-AP**

**STEVEN D. BARBER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

**ORDER**

---

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #18), filed June 3, 2009, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: June 3, 2009.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT